CHARLES PARKINSON, Respondent, *v.* GEORGE H. MUNROE et al., Defendants, and LORD'S COURT BUILDING et al., Appellants.

*Parkinson* v. *Munroe*, 130 App. Div. 903, affirmed.
(Argued March 18, 1910; decided April 5, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 5, 1909, affirming a judgment in favor of plaintiff

entered upon a decision of the court on trial at Special Term in an action to foreclose a mechanic's lien.

*Lloyd Paul Stryker* for appellants.

*William C. Arnold* and *Norman M. Burrell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.